010-9401-1332/3/AMERICAS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

R.S., a Minor, by and through her Guardian SARAH DOVER, individually and on behalf of all similarly situated individuals,

    Plaintiff,

vs.

IDOLOGY, INC., a Georgia corporation,

    Defendant.

: Case No.
:
: State Court Case No. 2022LA000252

## DECLARATION OF CHRISTINA LUTTRELL IN SUPPORT OF NOTICE OF REMOVAL

I, Christina Luttrell, declare as follows:

1. I am a citizen of the United States and I am over 21 years of age. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I am employed by IDology, Inc. ("IDology"). I have been employed by IDology since 2007, and currently hold the position of CEO.

3. As an employee of IDology, I am familiar with the location of its principal place of business, where I work.

4. IDology is incorporated under the laws of the state of Georgia and maintains its principal place of business at 2018 Powers Ferry Road SE, Suite 720, in Atlanta, Georgia.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Atlanta, Georgia on July 5, 2022.

*/s/ Christina Luttrell*

CHRISTINA LUTTRELL