**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| R.S., a Minor, by and through her Guardian SARAH DOVER, individually and on behalf of all similarly situated individuals, | : : : : : |
| Plaintiff, | : Case No.  1:22-cv-03479 |
| vs. | : State Court Case No. 2022LA000258 |
| IDOLOGY, INC., a Georgia corporation, | : : : |
| Defendant. | : : |

**CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and LR3.2, defendant IDology, Inc. states that it is a wholly-owned subsidiary of its parent corporation GBG PLC. As of July 5, 2022, GBG PLC has no parent corporation or publicly held corporation owning more than 5% of its stock. As of July 5, 2022, there are no publicly held subsidiaries or affiliates of GBG PLC.

**DATED**: July 5, 2022

**COZEN O'CONNOR**

*/s/ Corey T. Hickman*

Jack J. Carriglio
Corey T. Hickman
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898
Jcarriglio@cozen.com
chickman@cozen.com

**SQUIRE PATTON BOGGS (US) LLP**

Adam R. Fox
(*Motion for Admission Forthcoming*)
Hannah Makinde
(*Motion for Admission Forthcoming*)
555 S. Flower Street, Suite 3100
Los Angeles, CA 90071
Tel.: (213) 624-2500
Fax: (213) 623-4581
Email: adam.fox@squirepb.com
          hannah.makinde@squirepb.com

Kristin Bryan
(*Motion for Admission Forthcoming*)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Tel.: (216) 479-8500
Fax: (216) 479-8780
Email: kristin.bryan@squirepb.com

Christina Lamoureux
(*Motion for Admission Forthcoming*)
2550 M Street NW
Washington DC 20037
Tel.: (202) 457-6000
Fax: (202) 457-6315
Email: christina.lamoureux@squirepb.com

*Attorneys for Defendant,*
*IDology, Inc.*