## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

R.S., et al.

                Plaintiff,

v.

Case No.: 1:22−cv−03479
Honorable Martha M. Pacold

IDology, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 21, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic ruling on defendants' motion to dismiss [16] held on 10/21/2024. Defendants' motion to dismiss [16] is denied for reasons stated on the record. Defendant is to answer or otherwise plead to the complaint by 11/20/2024. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.