UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

R.S., et al.
                Plaintiff,

v.                                         Case No.: 1:22−cv−03479
                                                    Honorable Martha M. Pacold

IDology, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, March 8, 2025:

      MINUTE entry before the Honorable Young B. Kim: Parties did not file a joint status report by March 7, 2025, identifying written discovery disputes as ordered. (See R. 47.) Based on this, the court presumes that the parties do not have any written discovery issues. Written discovery is now closed, except for supplementing earlier discovery responses as required under Rule 26(e) and serving requests to admit and subpoenas for records. If the parties wish to serve supplemental written discovery requests, they must seek leave of court by filing a motion and attaching the proposed set of supplemental requests as an exhibit to the motion. Parties must show good cause why these supplemental written discovery requests could not have been served by the earlier deadline. Parties have until August 8, 2025, to complete all fact discovery. This deadline will not be extended unless the parties can demonstrate that they have been diligent in their efforts to complete fact discovery. Parties are urged not to squander their opportunity to conduct discovery. Parties are to file a joint status report by May 30, 2025, advising the court of the following: (1) depositions completed; (2) depositions each side still requires and scheduled; and (3) depositions each side still requires but not scheduled. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.