# EXHIBIT C

| | |
|---|---|
| **From:** | Brendan Duffner <bduffner@mcgpc.com> |
| **Sent:** | Friday, November 29, 2024 7:39 PM |
| **To:** | Lamoureux, Christina M. |
| **Cc:** | David Gerbie; Joseph Dunklin; Andrew Heldut; Colin Buscarini; Evan Meyers; Fox, Adam R.; Bryan, Kristin L.; Makinde, Hannah J. |
| **Subject:** | [EXT] Re: R.S., et al v. IDology, Inc. No. 22-cv-03479 [I-AMS.FID5108397] |
| **Attachments:** | Feb 2022 Dev Ex - IDology .pdf; Sept 2020 Dev Ex - IDology.pdf |

Counsel,

If your client had never processed biometric information for Roblox, that would have been something appropriate to address at the motion to dismiss stage as an alternative to Idology's personal jurisdiction argument. It is disappointing that Defendant appears to just be getting around to investigating Plaintiff's claims in this 2022 case. In any event, Defendant's assertion that it never processed biometrics for Roblox (supported circumstantially as it is and without a supporting declaration under oath) appears to be false, as shown by the attached.

We'd encourage Defendant to perform a thorough factual investigation of Plaintiff's standing and share it, along with any supporting information, with our office informally prior to bringing any motion so that the Parties can avoid wasting time and resources on unnecessary motion practice.

We can make ourselves available to discuss on Monday prior to the hearing to the extent you'd like to.

Best,

Brendan


**Brendan Duffner** | Attorney
**MCGUIRE LAW, P.C.**
55 West Wacker Drive, 9th Fl.
Chicago, Illinois 60601
bduffner@mcgpc.com
T: (312) 893-7002 ext. * ext.1
F: (312) 275-7895
Cell: (815) 370-2270
www.mcgpc.com


> On Nov 26, 2024, at 2:23 PM, Lamoureux, Christina M. <christina.lamoureux@squirepb.com> wrote:
>
>
> Counsel,

We write concerning the above-captioned litigation, which has been set for a discovery conference this coming Monday. Following the court's ruling on IDology's motion to dismiss, we have continued our investigation into Plaintiff's claims and the merits of the case, which would not have been appropriate to address at the motion to dismiss stage. Based on our investigation, we are confident that the wrong party has been sued and Plaintiff does not have a basis for her claims against IDology.

IDology has never processed biometric information for Roblox, the third party Plaintiff alleges she interacted with. In fact, other parties have been publicly named as Roblox's service provider in its Biometric Privacy Notice, information that has been available publicly since before Plaintiff filed her lawsuit. The service provider initially named was Veriff, and the service provider currently listed is Persona. Archived copies of Roblox's Biometric Privacy Notice from around the time Plaintiff filed suit, as well as its current notice, are attached. We also understand that you previously filed suit against both Veriff and Roblox, and that you were aware that Veriff was Roblox's service provider for biometrics at that time.

We intend to raise this issue with the Court and request dismissal of the claims. We can make ourselves available for a call tomorrow between 9 am-1 pm EST, or this Friday during the same timeframe if needed, if you would like to discuss this further prior to the conference.


Best,
Christina


<image001.jpg>     **Christina M. Lamoureux**
Associate
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

T  +1 202 457 6095
O  +1 202 457 6000
F  +1 202 457 6315
M  +1 203 273 7737

**christina.lamoureux@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US <ROBLOX BIOMETRIC PRIVACY NOTICE – August 15 2022.pdf><ROBLOX BIOMETRIC PRIVACY NOTICE – May 20 2022.pdf><ROBLOX BIOMETRIC PRIVACY NOTICE - January 8 2022.pdf><ROBLOX BIOMETRIC PRIVACY NOTICE – November 26 2024.pdf>

INTERNET ARCHIVE
WayBackMachine
76 cap_ur 6
18 Dec 2017 – 9 Jun 2024

https://en.help.roblox.com/hc/en us/articles/203314100 Developer Exchange DevEx FAQs    Go

JUL SEP NOV
◄ 23 ►
2019 **2020** 2021  ▼ About this capture

 

# ROBLOX

Roblox Support > Building on Roblox > Developer Exchange

Search our articles

**Articles in this section**

Premium Payout FAQs

Developer Exchange
(DevEx) FAQs

# Developer Exchange (DevEx) FAQs

https://web.archive.org/
web/20200923030600/https://
en.help.roblox.com/hc/en-us/
articles/203314100-Developer-
Exchange-DevEx-FAQs

## What is DevEx?/General Requirements

1. What is the Developer Exchange (DevEx) program?

The Developer Exchange Program (also known as DevEx) allows you to earn money by creating awesome games on Roblox. The DevEx program is based on the services that you provide on the Roblox platform.

2. What are the requirements?

The DevEx requirements are outlined as follows:

- Member of Roblox Premium
- Minimum of 100,000 earned Robux in your account (Please review section 3.B. of the DevEx Terms of Use for more information regarding what qualifies as earned Robux)
- Verified Email Address
- Valid DevEx Portal Account (First Time DevEx participants will be invited to create a DevEx portal account after the DevEx request form has been submitted)
- 13 years of age or older
- Roblox Community Member in good standing having complied with Roblox's Terms of Use

*Note All DevEx requests are reviewed for eligibility upon submission. As stated in the Terms of Use we "reserve the right to review activity on accounts to assess the validity of Robux balances, and to deny payment to any user that we feel has violated the terms or the spirit of our program.

3. How do I submit a DevEx request for review?

Follow these steps to get to the Developer Exchange Cashout Page:

- Login to your Roblox account
- Select **Create** located at the top of the page
- Select **Developer Exchange**

Once you meet the basic requirements (Roblox Premium, minimum of 100k in your account, 13 years of age or older, etc) you will be able to see the Cash Out button on your account.



To initiate a Cash Out request, click the "Cash Out" button (as shown above) and enter all requested information (i.e. full name and email address along with other information as shown below). Once done, select from the available payout (exchange rate) options, signify your continued agreement to the Terms and Conditions by clicking the associated check box, and again click the "Cash Out" button. We will then review the request.

Developer Exchange

Create games, earn money.

Please complete this form to begin processing your payment. The email address you provide must match the email address on your Roblox DevEx Portal account. If you need assistance with this form, please visit the Help Center.

First Name:

[First name]

Last Name:

[Last name]

Email Address:

[Email Address]

Password

[Verify Account Password]

Robux Amount:

0   0

You get up to:                                                          $0.00

01thaveroadandagrootothoTorm10fUH

[ Cash Out ]

Please note, we do require that the Roblox account owner is the one who submits and completes the DevEx request. Please do not complete your DevEx request with the information of someone other than the account holder.

4. I am a first-time user, what happens after submitting a DevEx request?

After your DevEx request has been submitted, your DevEx request will be reviewed by the DevEx team. Please allow around 2 weeks for your request to be reviewed and processed. If your account is approved to proceed to the next step of processing you will be sent an invitation to the DevEx portal.

Please check out the **DevEx Status** and **Tipalti Section** below for more information.

5. What should I do if I am under 18 years old and would like to participate in the DevEx program?

If you are interested in participating in the DevEx program but you are under 18 years old, you can ask your parent to make a DevEx request on your behalf. If your account is approved to proceed to the next step, you and your parent will be sent an email to complete an ID verification from DevEx@roblox.zendesk.com. Once we have validated your information, you will be sent an invitation to register for the DevEx portal.

6. Can you let me know if I am eligible for DevEx before I submit a request?

Unfortunately, we are unable to pre-guarantee eligibility as all DevEx requests are reviewed upon submission. We do require that DevEx participants follow the Terms of Use and earn the Robux legitimately.

7. How often can I cash out?

DevEx participants can have an approved DevEx request once a calendar month.

8. How can I cancel my DevEx request?

Please send an email to DevEx@roblox.com. with your username included in the email. We will work to have your DevEx request cancelled.

9. Once my DevEx request is cancelled will the Robux be returned to my Roblox account?

Yes, once your DevEx request has been cancelled the Robux will return immediately back to your Roblox account.

## DevEx Status

10. How long will my cash out take to process?

Please allow around 2 weeks for your request to be reviewed and processed. First time DevEx participants may experience a longer wait time. Suspicious activity or inaccuracies in the information submitted on your DevEx request and/or Tipalti portal can result in processing delays or can result in your DevEx request being declined.

11. My payment has been successful but I'm still in a "pending state". Is this a bug?

This is not a bug. If this affects you, your DevEx status on your Roblox account should be corrected within 3 business days. If your DevEx status is still pending after this time, please send an email to DevEx@roblox.com detailing your issue.

12. What causes DevEx requests to be declined

DevEx requests can be declined for multiple reasons. Common DevEx rejection reasons are detailed below:

- Failure to complete registration/submit tax forms on the DevEx portal
- Insufficient Earned Robux (Please review section 3.b of the DevEx Terms of Use)
- Terms of Use violations including but not limited to
  a) Scamming
  b) Account Theft
  c) Attempting to exchange Robux for real currency other than through DevEx
  d) Other suspicious activity that is used to exploit other Roblox users or Roblox feature
  e) Any illegal or unethical activities

Please note that if your request is rejected for a Terms of Use violation then we will not be able to provide exact details on why you were rejected but only general information.

13. My previous DevEx requests were approved, but my most recent DevEx request was declined. Why?

Approval of your previous DevEx request in no way is a guarantee that your future DevEx requests will be processed. All DevEx requests are reviewed for eligibility upon submission.

If activity that violates the Terms of Use or the spirit of the program is identified at any time, Roblox reserves the right to decline the DevEx request.

14. I received a moderation action on my account 3 years ago, does this mean I can't DevEx?

Minor moderation infractions or having a moderation history does not necessarily mean that your account(s) are ineligible for DevEx. We do take into consideration the type of infraction and the timing of it during the review process.

There are certain Terms of Use violations that are particularly egregious that can result in your DevEx request being declined regardless of the timing of the infraction.

## Tipalti

15. What is the DevEx/Tipalti portal?

Tipalti is a third-party payment processor that we have partnered with to process DevEx payments. Once you submit a DevEx request, and if it is approved to proceed to the next step you will be sent an invitation to the Tipalti portal. Portal invitations are sent to the email you provided on your DevEx request.

16. When do I get my Tipalti portal?

If your account is approved to proceed to the next step of processing you will be sent an invitation to the DevEx portal. Once you submit a DevEx request for review, it can take around 5 7 days for you to receive the DevEx portal invitation.

17. Am I sent an invitation each time I submit a DevEx request?

No. First time DevEx participants whose accounts have been approved to proceed to the next step of processing will be sent an invite to complete registration on the DevEx portal. Once you have completed registration you will not be asked to re complete registration for future DevEx requests.

However, it is your responsibility to ensure that the information you enter in the DevEx portal is accurate and kept up to date. The information you provide is used to ensure all payments comply with applicable laws and regulations. Inaccuracies in information provided could impact your payment.

18. What is the DevEx portal link?

The link to the DevEx portal is here.

19. The DevEx portal link is expired, what do I do?

The DevEx portal registration link provided in the email is only valid for one week. If the link has expired, please send an email to DevEx@roblox.com.

20. Whose name and information should be on the DevEx request and DevEx/Tipalti portal?

The Roblox account owner should be the one whose name and information is on the DevEx request, Tipalti portal and tax form. Please note, the name on the bank account (if applicable) should also match the name on the Tipalti portal.

21. I'm locked out of my DevEx/Tipalti portal, what do I do?

Send an email to DevEx@roblox.com. Please make sure to include your username in the email. We will work to get your account unlocked as soon as possible.

22. I no longer have access to my phone number that used for the DevEx portal 2 factor authentication (2FA), what do I do?

Send an email to DevEx@roblox.com.. Please make sure to include your username in the email. We will work to have your 2FA reset as soon as possible. You may be asked to validate your identity through IDology.

23. I forgot my password, what do I do?

Send an email to DevEx@roblox.com.. Please make sure to include your username in the email. We will work to have your password reset as soon as possible. You may be asked to validate your identity through IDology.

24. What payment methods are available in Tipalti?

Tipalti offers multiple payment methods including ACH, eCheck, Paypal, checks, wire transfers. Some payment methods' availability depends on your country, which you will be able to see on your DevEx portal once you sign up. When selecting your payment method please take into consideration the transaction fee and foreign exchange fee (FX fee) when selecting your payment method.

Additionally, some payment methods have payout limits depending on the country. You can also see this information on the payment method coverage and list of countries on the Tipalti support page.

25. The status of my payment says "Paid" on the DevEx portal, but I have not received my payment. When will I receive my payment?

After your DevEx payment has been paid by Tipalti, there will be an additional processing time for you to receive your payment.

Please note, the processing time may vary by payment method and the country the payment is being sent to. You can reference the chart below for the estimated processing time by payment method:

| Payment Method | Processing Time |
| --- | --- |
| ACH | 3 to 5 business days |
| eCheck | 3 to 5 business days |
| PayPal | 2 to 3 business days |
| Wire Transfer | 1 to 5 business days |
| Check | 7 to 14 business days |

If you have any questions or concerns regarding your payment, please send an email to DevEx@roblox.com.Most banks do not process transactions on the weekends and holidays. If your payment is submitted for processing on Friday, it may be delayed for processing until the following week.

26. Where can I see the fees associated with my payment method?

When you are selecting your payment method on your Tipalti portal, you will be able to see the fees that are associated with that payment method.

We are unable to change the fees associated with your payment. Please select the payment method that works best for you.

27. I recently moved, do I have to update my Tipalti portal?

It is your responsibility to ensure that your information in the Tipalti portal is correct. Please make sure to update your Tipalti portal should any of your information change. Please note, discrepancies between your DevEx request and Tipalti portal can result in processing delays or the decline of your DevEx request.

## Tax Forms/Information

(Disclaimer: The information contained on this website is provided for informational purposes only. It is not intended as tax advice nor as a substitute for obtaining accounting, tax, or financial advice from a professional tax planner or financial planner, and may not be used to support tax positions. While we have made every attempt to ensure that the information contained below has been obtained from reliable sources, Roblox is not responsible for any errors or omissions, or for the tax or other consequences arising from or attributable to the use of this information. Please consult with a tax adviser for any tax guidance.

Your decision to participate in the DevEx program may or may not have tax implications based on your tax jurisdiction (location) and your total cash payouts. Please consult a tax adviser for additional information.)

28. I don't pay taxes; do I need to complete a tax form?

We do require all DevEx participants to submit a completed tax form before we can process a payment.

29. Which tax form do I submit?

One of the steps in the DevEx payment process is supplying us with your tax related information (requirements vary depending on the country in which you reside). Roblox recognizes these steps can be time consuming and possibly tedious; however, these steps are mandated by the tax authorities in the countries in which Roblox operates.

Tax reporting requirements vary based on whether you are a U.S. person or non U.S. person.

According to the IRS, for U.S. federal tax purposes, a U.S. person includes, but is not limited to:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the U.S. or under the laws of the U.S.
- Any estate (other than a foreign estate), or
- A domestic trust (as defined in Treasury Regulations Section 301.7701 7)

**Process for a U.S. Person**

All U.S. persons participating in the DevEx program are required to submit their W 9 tax form during their Tipalti account creation (after submitting their first payout request). Roblox will submit your tax information to the Internal Revenue Service (IRS) to validate your tax ID information. If U.S. tax information does not exactly match IRS records, a Roblox DevEx agent will contact you to get further information through email. Please verify this information comes from devex@roblox.zendesk.com to avoid phishing and scam emails.

If your cash earnings for the prior tax year are greater than $600 then Roblox will report your cash earnings to the IRS on IRS Form 1099 MISC. We generally issue these Forms on or before January 31 each year. Developers will be both mailed and emailed their tax form. The forms will be mailed to the address they provided on their W 9 and emailed to the email account associated with their Tipalti account

**Process for a non-U.S. Person**

All non U.S. Persons participating in the DevEx program are required to submit their IRS W 8BEN (or other applicable IRS Form W 8) tax form during Tipalti account creation to confirm that they are a non U.S. person. By signing the IRS W 8 tax form, you are certifying you are not a U.S. person.

As a non U.S. Person you generally will not receive an annual tax form.

30. Do you have additional resources on which Tax Forms I should submit?

For more information regarding the tax forms that can be completed electronically on the DevEx portal, you can visit Tipalti's Support page  US Tax Forms

Additionally, we recommend that you consult a tax professional regarding any tax related questions.

31. Where do I submit my tax form?

You will be asked to complete and submit your tax form on the Tipalti portal. Please do not email your tax form or other sensitive personal information to us.

## Idology

32. What is IDology?

IDology is a third party digital identity verification and authentication tool we have partnered with to perform ID verifications.

33. Why am I required to complete the ID verification?

Roblox works hard to create a safe and fun environment for all of our community. In unison with that, we partnered with IDology to add an additional layer of protection for our Developers. The safety and security of our Developers is a top priority for our team.

Reasons you may be asked to complete the ID verification:

- Information changes and discrepancies

• Recently compromised account (Roblox account and DevEx portal)

34. How do I complete the ID verification?

   The DevEx team will provide a link for you to complete the ID verification. The link will provide step by step instructions on how to complete the ID verification.

   You will always be asked to provide your information through IDology. Please verify that the email we reach out to you comes from DevEx@roblox.zendesk.com to avoid phishing and scam emails. If you have any concerns about responding to the email that we reached out to you from, please reach out to us from the Roblox Support page.

   You will need to use your smartphone to complete IDology because the "selfie" page will not initiate on other types of devices.

35. What forms of identification will I need to provide?

   You will be required to upload the front and back of your valid government issued document, and as an additional layer of identification you will be asked to take a selfie.

   Please take a selfie on the day of completing IDology.

36. I completed IDology, why do I have to do it again?

   You will need to complete IDology again for one or more of the following reasons:

   • The document provided is illegible
   • The document provided is expired
   • You did not complete the selfie section
   • You uploaded a photo of yourself instead of taking a selfie the day of

37. The link is no longer working, I think I messed up on completing the ID verification, what do I do?

   Please reply to DevEx@roblox.com and let us know the issue you are experiencing. Please do not send your personal information or any sensitive information to DevEx@roblox.com.

38. Is IDology secure?

   The document and selfie that is provided and uploaded through IDology will be solely used for authentication. Your information will not be used for any other purposes. All of the information that is provided through the IDology link will be inaccessible after 14 days.

   Additionally, your data is encrypted at all times as it moves around the IDology network. The method HTTP over TLS 1.2 (https) is used when the data is in transit and then it is encrypted via AES 256 at the field level before it is sent to the inside for storage.

   If you have any questions, please reach out to us at DevEx@roblox.zendesk.com

## Earned Robux/DevEx Rates

39. Do group funds count as earned Robux?

   Group payouts are considered earned if the group funds are composed of bona fide sales of virtual items/clothing. Please note, we check all sales and group funds for validity. If you receive group funds from a group that earned the Robux fraudulently or against Roblox TOS, then those will not count towards your earned Robux balance.

40. How do I determine if the group I am working with is earning funds legitimately?

   There isn't one particular thing you can look at to ensure you are collaborating with a party that is earning funds legitimately. To reduce your risk, please consider the following:

   • The length of time that you have associated with the group/group owner
   • Play their games, see what they have published in the past
   • Research the group owner and games associated with the group. (Group name, ranks, games, logo, description, etc).

41. I sold all my limited hats. Can I cash out the funds I received from selling limited items?

   No. Robux acquired from trading/selling virtual items that you did not create are not considered earned.

42. My DevEx request was approved, I received a different amount than what is listed on the current exchange rate. Why?

   The exchange rate for cash out may vary based on when you earned Robux, and is subject to change. You can find more information about past changes here.

You can find more information about the DevEx program here: Developer Exchange   Help and Information Page

You can find the DevEx Terms of Use here: Developer Exchange Terms of Use

For additional information about DevEx payment methods, check out the following blog post: DevEx Update: New Payment Options

If you have additional questions about the DevEx program or the DevEx/Tipalti portal, send an email to DevEx@roblox.com. Please make sure to include your Roblox username in the email.

Need more help? Contact support here.

---

Was this article helpful?

| Yes | | No |

7471 out of 9637 found this helpful

---

**Related articles**

Developer Exchange Terms of Use

Roblox Terms of Use

Experimental Mode

Trading System

Premium Payout FAQs

---

Roblox Support          Privacy Policy          Terms of Use          English (US) ⌄

https://web.archive.org/web/20220210000633/https://en.help.roblox.com/hc/en-us/articles/203314100-Developer-Exchange-DevEx-FAQs

INTERNET ARCHIVE
WayBack Machine

https://en.help.roblox.com/hc/en-us/articles/203314100-Developer-Exchange-DevEx-FAQs          Go

87 captures
18 Dec 2017 – 22 Nov 2024

DEC  FEB  MAY
◀  **10**  ▶
2021  **2022**  2023
▼ About this capture




**ROBLOX**

Roblox Support  >  Building on Roblox  >  Developer Exchange

🔍 Search our articles

**Articles in this section**

Premium Payout FAQs

Developer Exchange
(DevEx) FAQs

# Developer Exchange (DevEx) FAQs

## Table of Contents

- DevEx Program Overview
- DevEx Program Application Process for New Participants
- DevEx Eligibility & General Questions
- Earned Robux & DevEx Rates
- DevEx portal (Tipalti)
- Tax Information
- IDology

## DevEx Program Overview

The Roblox Developer Exchange Program (also known as DevEx) is a program that allows Roblox developers to exchange their Earned Robux for real money. While anyone can use Roblox Studio to learn to code, create experiences to enjoy with their friends, and even earn some Robux, only some developers will be able to meet the high requirements (described below) to earn real money through DevEx. Reaching this level of success typically requires a lot of time and talent. It may also require you to hire others to help you or to spend money to promote the experiences you create. Even then, there is no guarantee of success. But we can guarantee that you will have fun unleashing your creativity on Roblox.

## DevEx Program Application Process for New Participants

### Step 1: Meet DevEx Eligibility Requirements

Eligibility to participate in DevEx is solely up to Roblox, and the requirements may be changed by Roblox at any time by updating the DevEx Terms. To participate in DevEx you must meet all the following minimum requirements ("the DevEx Eligibility Requirements"):

- Be at least 13 years of age or older;
- Have at least 50,000 Earned Robux (defined below) in your account;
- Have a Roblox-verified email address;
- Have a valid DevEx portal account;
- Have an IRS form W-9 (for U.S. taxpayers) or W-8 (for non-U.S. taxpayers) on file with Roblox;
- Comply with the Ongoing Service Requirements for Developers (described below); and
- Be in complete compliance at all times with the Roblox Terms of Use, which include these DevEx Terms and the Roblox Community Standards. By way of example, the following will disqualify you from DevEx: scamming, phishing, false advertising, attempting to exchange Robux for real currency other than through DevEx, and any illegal or unethical activities.

Ongoing Service Requirements for Developers

To participate in DevEx, you must meet the "Ongoing Service Requirements for Developers," which are to provide an on-going services that complies with the Roblox Terms of Use, including the Roblox Community Standards, and any instructions you receive from Roblox. As part of this requirement, you must do the following:

1. Work with Roblox and Roblox users to resolve any issues involving the Roblox Terms of Use and Roblox Community Standards;
2. Update your content for security and technical reasons and ensure your content complies with Roblox's latest technical and security updates and best practices; and
3. Assist Roblox upon request with legal requirements, such as removing content that has been accused of violating copyright laws.

*Note: We reserve the right to review activity on accounts to assess the validity of Earned Robux balances, and to deny payment to any user that we feel has violated the terms or the spirit of our program.

### Step 2: Gather your payment method and tax information

**This step is required for first-time users that have never participated in DevEx**

In the later part of the DevEx process, you will be **required** to provide your payment method, and tax form on the DevEx portal if your DevEx request is approved to move forward with the next steps.

You will be given 1 week to complete registration (to enter your payment method **and** tax form), otherwise we will not be able to process your DevEx request, and it will result in the decline of your DevEx request.

We highly recommend that you have these documents ready prior to submitting your DevEx request.

### Step 3: Submit DevEx Request

Once you have agreed to the DevEx Terms of Use and meet the DevEx requirements, you can

submit a DevEx request on the DevEx cashout page:

Follow these steps to get to the Developer Exchange Cashout Page:

- Login to your Roblox account
- Select Create located at the top of the page
- Select Developer Exchange
- Click the "Cash Out" button
- Enter all requested information
  - **Name**: Enter your *legal name* as shown on your government issued documents
  - **Email address:** Enter one that you check regularly for emails
  - Signify your continued agreement to the Terms of Use by clicking the associated checkbox, and again click the "Cash Out" button.



**\*\*Note\*\*:** Do not complete your DevEx request with the information of someone other than the Roblox account holder. Any discrepancies on your DevEx request will delay your DevEx process significantly.

### Step 4: What happens after submitting a DevEx request?

**First-Time Users:** Please allow around 2 weeks for your request to be reviewed and processed by the DevEx team. First time DevEx participants may experience a longer wait time. Suspicious activity or inaccuracies in the information submitted on your DevEx request and/or DevEx portal will delay your DevEx process or result in your DevEx request being declined.

**\*\*Returning Users\*\*** Please allow 2 to 3 business days for your DevEx request to be reviewed and processed. Please note, all DevEx requests are reviewed for eligibility upon submission. Check out the DevEx portal (Tipalti) section for the payment processing times after your payment has been processed on Tipalti.

### Step 5: After your DevEx request is reviewed and approved

You will be sent an invitation to create a DevEx portal from no-reply@roblox.com. Check your spam folder if you do not see the invitation in your inbox.

### Step 6: Complete DevEx portal registration

You'll need to create your DevEx portal, and you **must** enter your payment method, and tax form within **one** week of receiving the registration link. We cannot process your documents if they are not provided.

If you do not register at all and if all of your documents are not provided then your DevEx request will be declined after one week of receiving a registration link.

### Step 7: After Completing Registration

**First-Time Users:** You don't need to do anything else. The DevEx team will process your DevEx request, this step typically takes 2 to 3 business days. Once your payment is paid by Tipalti, additional processing time will be required before you receive your payment.

You can check out the DevEx portal (Tipalti) section for the payment processing times.

## DevEx Eligibility & General Questions

1. **Can you let me know if I am eligible for DevEx before I submit a request?**

Unfortunately, we are unable to pre-guarantee eligibility as all DevEx requests are reviewed upon submission.

2. **What causes DevEx requests to be declined?**

   DevEx requests can be declined for multiple reasons. Common DevEx rejection reasons are detailed below:

   • Failure to complete registration/submit tax forms on the DevEx portal within 1 week
   • Insufficient Earned Robux (Please review section 3.b of the DevEx Terms of Use)
   • Terms of Use violations including but not limited to
   • Scamming
   • Account Theft
   • Attempting to exchange Robux for real currency other than through DevEx
   • Other suspicious activity that is used to exploit other Roblox users or Roblox feature
   • Any illegal or unethical activities

   Please note that if your request is rejected for a Terms of Use violation then we will not be able to provide exact details on why you were rejected but only general information.

3. **My previous DevEx requests were approved, but my most recent DevEx request was declined. Why?**

   Approval of your previous DevEx request in no way is a guarantee that your future DevEx requests will be processed. All DevEx requests are reviewed for eligibility upon submission.

   If activity that violates the Terms of Use or the spirit of the program is identified at any time, Roblox reserves the right to decline the DevEx request.

4. **I received a moderation action on my account 3 years ago, does this mean I can't DevEx?**

   Minor moderation infractions or having a moderation history does not necessarily mean that your account(s) are ineligible for DevEx. We do take into consideration the type of infraction and the timing of it during the review process.

   There are certain Terms of Use violations that are particularly egregious that can result in your DevEx request being declined regardless of the timing of the infraction.

5. **How often can I cash out?**

   DevEx participants can have a completed DevEx request once a calendar month.
   *Example:* *If you have a completed DevEx request in January, the next time you will be able to submit is in February.*

6. **Can I cancel my DevEx request?**

   Unfortunately, after your DevEx request is submitted we cannot cancel it. We recommend that you familiarize yourself with the DevEx process prior to initiating a DevEx request.

## Earned Robux & DevEx Rates

7. **Do group funds count as earned Robux?**

   Group payouts are considered earned if the group funds are composed of bona fide sales of virtual items/clothing. Please note, we check all sales and group funds for validity. If you receive group funds from a group that earned the Robux fraudulently or against Roblox TOS, then those will not count towards your earned Robux balance.

8. **How do I determine if the group I am working with is earning funds legitimately?**

   There isn't one particular thing you can look at to ensure you are collaborating with a party that is earning funds legitimately. To reduce your risk, please consider the following:

   • The length of time that you have associated with the group/group owner
   • Play their games, see what they have published in the past
   • Research the group owner and games associated with the group. (Group name, ranks, games, logo, description, etc).

9. **I sold all my limited hats. Can I cash out the funds I received from selling limited items?**

   No. Robux acquired from trading/selling virtual items that you did not create are not considered earned.

10. **My DevEx request was approved, I received a different amount than what is listed on the current exchange rate. Why?**

    The exchange rate for cash out may vary based on when you earned Robux, and is subject to change. You can find more information about past changes here.

## DevEx Portal (Tipalti)

11. **What is the DevEx portal?**

    Tipalti is a third-party payment processor that we have partnered with to process DevEx payments. Once you submit a DevEx request, and if it is approved to proceed to the next step you will be sent an invitation to get setup on the DevEx portal.

12. **What am I required to provide during registration?**

You must provide your payment method and tax form within 1 week of receiving the registration link. If you do not complete registration, we cannot process your payment.

13. **Whose name and information should be on the DevEx request and DevEx/Tipalti portal?**

The Roblox account owner should be the one whose name and information is on the DevEx request, Tipalti portal and tax form. Please note, the name on the bank account (if applicable) should also match the name on the Tipalti portal.

14. **DevEx portal link**

DevEx portal link - https://suppliers.tipalti.com/Roblox/Account/Login

15. **Locked out of the DevEx portal**

If you are locked out of your DevEx portal, please submit a ticket to DevEx on the Roblox Support Form

16. **I forgot my DevEx portal password**

Click on **Forgot Password** on the DevEx portal login page

17. **Types of Payment Methods on the DevEx portal**

Tipalti offers ACH, eCheck, Paypal, checks, and Wire transfers. Some payment methods' availability depends on your country, which you will be able to see on your DevEx portal or you can view this in the Payment Methods Coverage link below. When selecting your payment method please take into consideration the transaction fee and foreign exchange fee (FX fee) when selecting your payment method.

Please note, we are not able to remit payments to certain countries, entities, or individuals because of legal or other considerations. But we are currently able to make payments to DevEx participants in over one hundred different countries.

You can check the Payment Methods Coverage list (https://support.tipalti.com/Content/Topics/UserGuide/PaymentInformation/PaymentMethodsCoverage/IntroUSD.htm)

18. **Payment Method Fees on the DevEx portal**

You will be able to see the fees that are associated with that payment method. Some payment method fees are higher than others, we recommend that you select the one that works best for you. Example: PayPal fees are higher than traditional payment methods.

Additionally, we are unable to change the fees associated with your payment. Transaction fees are assessed on each payment (which will be paid from any amounts that would otherwise be owed to you hereunder). These fees are charged by our DevEx portal provider (Roblox does not assess any fees in addition to those charged by our provider), and Fees vary depending on payment method chosen. Please see the DevEx portal for information regarding fee schedules

19. **DevEx Portal Payment Status**

The status of my payment says "Paid" on the DevEx portal, but I have not received my payment. When will I receive my payment?

After your DevEx payment has been processed and your payment status is paid, there will be an additional processing time for you to receive your payment.
Please note, the processing time may vary by payment method and the country the payment is being sent to. You can reference the chart below for the estimated processing time by payment method:

| Payment Method | Processing Time |
| --- | --- |
| ACH | 3 to 5 business days |
| eCheck | 3 to 5 business days |
| PayPal | 2 to 3 business days |
| Wire Transfer | 1 to 5 business days |
| Check | 7 to 14 business days |

## Tax Forms/Information

**(Disclaimer: The information contained on this website is provided for informational purposes only. It is not intended as tax advice nor as a substitute for obtaining accounting, tax, or financial advice from a professional tax planner or financial planner, and may not be used to support tax positions. While we have made every attempt to ensure that the information contained below has been obtained from reliable sources, Roblox is not responsible for any errors or omissions, or for the tax or other consequences arising from or attributable to the use of this information. Please consult with a tax adviser for any tax guidance.**

Your decision to participate in the DevEx program may or may not have tax implications based on your tax jurisdiction (location) and your total cash payouts. Please consult a tax adviser for additional information.)

20. **I don't pay taxes; do I need to complete a tax form?**

   We do require all DevEx participants to submit a completed tax form before we can process a payment.

21. **Which tax form do I submit?**

   One of the steps in the DevEx payment process is supplying us with your tax-related information (requirements vary depending on the country in which you reside). Roblox recognizes these steps can be time-consuming and possibly tedious; however, these steps are mandated by the tax authorities in the countries in which Roblox operates.

   Tax reporting requirements vary based on whether you are a U.S. person or non-U.S. person.

   According to the IRS, for U.S. federal tax purposes, a U.S. person includes, but is not limited to:

   - An individual who is a U.S. citizen or U.S. resident alien,
   - A partnership, corporation, company, or association created or organized in the U.S. or under the laws of the U.S.
   - Any estate (other than a foreign estate), or
   - A domestic trust (as defined in Treasury Regulations Section 301.7701-7)

   **Process for a U.S. Person**

   All U.S. persons participating in the DevEx program are required to submit their W-9 tax form during their Tipalti account creation (after submitting their first payout request). Roblox will submit your tax information to the Internal Revenue Service (IRS) to validate your tax ID information. If U.S. tax information does not exactly match IRS records, a Roblox DevEx agent will contact you to get further information through email. Please verify this information comes from devex@roblox.zendesk.com to avoid phishing and scam emails.

   If your cash earnings for the prior tax year are greater than $600 then Roblox will report your cash earnings to the IRS on IRS Form 1099-NEC. We generally issue these Forms on or before January 31 each year.

   Developers will be both mailed and emailed their tax form. The forms will be mailed to the address they provided on their W-9 and emailed to the email account associated with their Tipalti account.

   Your Tax Forms will be mailed and emailed via E-File Magic. You will receive a digital copy of your tax form from **noreply@efilemagic.com.**

   **Process for a non-U.S. Person**

   All non-U.S. Persons participating in the DevEx program are required to submit their IRS W-8BEN (or other applicable IRS Form W-8) tax form during Tipalti account creation to confirm that they are a non-U.S. person. By signing the IRS W-8 tax form, you are certifying you are not a U.S. person.

   As a non-U.S. Person you generally will not receive an annual tax form.

22. **Where do I submit my tax form?**

   You will be asked to complete and submit your tax form on the Tipalti portal. Please do not email your tax form or other sensitive personal information to us.

23. **Is DevEx available for individuals and companies?**
   Yes, if you are submitting as an individual we ask that your payment method and tax form submitted on the DevEx portal reflects the individual. If you are a company, then we ask that the payment method and tax form submitted to the DevEx portal reflects the company's information. Please note, the information entered on the DevEx portal should match the information entered on the DevEx request.

24. **Which tax forms are available on the DevEx portal?**
   W9 and W8 tax forms are available. For instructions and more information regarding the tax forms, please visit the IRS website (IRS.gov)

25. **Do you have additional resources on which Tax Forms I should submit?**

   For more information regarding the tax forms that can be completed electronically on the DevEx portal, you can visit Tipalti's Support page - US Tax Forms

   Additionally, we recommend that you consult a tax professional regarding any tax related questions.

## IDology

26. **What is IDology?**

   IDology is a third party digital identity verification and authentication tool we have partnered with to perform ID verifications.

27. **Why am I required to complete the ID verification?**

   Roblox works hard to create a safe and fun environment for all of our community. In unison with that, we partnered with IDology to add an additional layer of protection for our Developers. The safety and security of our Developers is a top priority for our team.

Reasons you may be asked to complete the ID verification:

- Information changes and discrepancies
- Recently compromised account (Roblox account and DevEx portal)

28. **How do I complete the ID verification?**

The DevEx team will provide a link for you to complete the ID verification. The link will provide step-by-step instructions on how to complete the ID verification.

You will always be asked to provide your information through IDology. Please verify that the email we reach out to you comes from DevEx@roblox.zendesk.com to avoid phishing and scam emails. If you have any concerns about responding to the email that we reached out to you from, please reach out to us from the Roblox Support page.

You will need to use your smartphone to complete IDology because the "selfie" page will not initiate on other types of devices.

29. **What forms of identification will I need to provide?**

You will be required to upload the front and back of your valid government-issued document, and as an additional layer of identification you will be asked to take a selfie.

Please take a selfie on the day of completing IDology.

30. **I completed IDology, why do I have to do it again?**

You will need to complete IDology again for one or more of the following reasons:

- The document provided is illegible
- The document provided is expired
- You did not complete the selfie section
- You uploaded a photo of yourself instead of taking a selfie the day of

31. **The link is no longer working, I think I messed up on completing the ID verification, what do I do?**

Please reply to DevEx@roblox.com and let us know the issue you are experiencing. Please do not send your personal information or any sensitive information to DevEx@roblox.com.

32. **Is IDology secure?**

The document and selfie that is provided and uploaded through IDology will be solely used for authentication. Your information will not be used for any other purposes. All of the information that is provided through the IDology link will be inaccessible after 14 days.

Additionally, your data is encrypted at all times as it moves around the IDology network. The method HTTP over TLS 1.2 (https) is used when the data is in transit and then it is encrypted via AES 256 at the field level before it is sent to the inside for storage.