# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

R.S., et al.

                Plaintiff,

v.                                       Case No.: 1:22−cv−03479
                                             Honorable Martha M. Pacold

IDology, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Oral argument on plaintiff's motion for leave to file second amended class action complaint [52] held on 5/15/2025. Plaintiff's motion for leave to file second amended class action complaint, [52], is denied without prejudice for the reasons stated on the record. Plaintiff to show cause why the case should not be dismissed for lack of standing. The court will expand the referral to the magistrate judge to allow jurisdictional discovery if requested by plaintiff. The parties are directed to file a joint status report with a proposed schedule by 6/5/2025. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.