## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

R.S., et al.

                Plaintiff,

v.

Case No.: 1:22−cv−03479
Honorable Martha M. Pacold

IDology, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' joint stipulation of dismissal. This dismissal took effect without court intervention. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Waetzig v. Haliburton Energy Servs., 145 S. Ct. 690, 694 (2025). Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.